UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 1:07 CV 902

| | |
|---|---|
| ADDIE WILSON-PARRISH, | ) |
| individually and as Administrator of the | ) |
| Estate of Arthur Lee Faison, deceased, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| JAMES "JIMMY" THORNTON, | ) |
| individually and in his official capacity | ) |
| as Sheriff of Sampson County; JOHN | ) |
| CONERLY, individually and in his | ) |
| official capacity; KEM PICKETT, | ) |
| individually and in her official capacity | ) |
| as Jailer of the Sampson County | ) |
| Detention Center; GEORGE BARR, | )   **ORDER** |
| individually and in his official capacity; | ) |
| RENITA BUTTS, individually and in | ) |
| official capacity; MARY CADE, | ) |
| individually and in her official capacity; | ) |
| DOYLE GRADY, individually and in his | ) |
| official capacity; LAMON KENNEDY, | ) |
| individually and in his official capacity; | ) |
| RICKY NAYLOR, individually and in his | ) |
| official capacity; EDUARDO SANTOS, | ) |
| individually and in his official capacity; | ) |
| ALICE WILLIAMS individually and in | ) |
| her official capacity; and OHIO | ) |
| CASUALTY GROUP INSURANCE | ) |
| COMPANY, in their capacity as Surety | ) |
| on the bond wherein James Thornton is | ) |
| Principal; | ) |
| Defendants. | ) |

This matter is before the Court on the Joint Motion for Change of Venue

filed by Plaintiff and Defendants. For a good cause shown, the Motion is granted

and the Clerk shall transfer this case to the United States District Court for the Eastern District of North Carolina.

IT IS SO ORDERED.

This the 28th day of December, 2007.

_____
United States Magistrate Judge